# Andy Quach

| | |
|---|---|
| **From:** | NJD-Efiling |
| **Sent:** | Tuesday, October 6, 2020 11:47 AM |
| **To:** | NJD-Efiling |
| **Subject:** | Activity in Case 2:20-mj-08429-JAD USA v. BOWSER Notice to Receiving District of Criminal Case Transfer |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 10/6/2020 at 2:46 PM EDT and filed on 10/2/2020
**Case Name:**     USA v. BOWSER
**Case Number:**   [2:20-mj-08429-JAD](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Notice to Western District of Washington of a Rule 5 Initial Appearance as to GARY BOWSER. Your case number is: 20-CR-127 (RSL). You may obtain the original record by accessing CM/ECF through PACER [NJ Case Number: 2:20-MJ-8429-JAD].** *(If you require certified copies of any documents, please send a request to InterdistrictTransfer_NJD@njd.uscourts.gov)* **(jbb)**

**2:20-mj-08429-JAD-1 Notice has been electronically mailed to:**

PERRY FARHAT    Perry.Farhat@usdoj.gov, CaseView.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

RAHUL KUMAR SHARMA    rahul_sharma@fd.org

**2:20-mj-08429-JAD-1 Notice has been sent by regular U.S. Mail:**