Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:20-mj-08429-JAD All Defendants

Case title: USA v. BOWSER

Date Filed: 10/02/2020
Date Terminated: 10/02/2020

Assigned to: Magistrate Judge Joseph A. Dickson

### Defendant (1)

**GARY BOWSER**
*TERMINATED: 10/02/2020*

represented by **RAHUL KUMAR SHARMA**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
1002 BROAD STREET
NEWARK, NJ 07302
973-320-7350
Fax: 973-320-7350
Email: rahul_sharma@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints

### Disposition

18:1343.F - Conspiracy to Commit Wire Fraud

---

### **Plaintiff**

**USA**
*TERMINATED: 10/02/2020*

represented by **PERRY FARHAT**
UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF NEW JERSEY
USAO DISTRICT OF NJ
970 BROAD ST
NEWARK, NJ 07102
(973) 645-3659
Email: Perry.Farhat@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2020 | 1 | Indictment Received from the Western District of Washington as to GARY BOWSER. (jbb) (Entered: 10/06/2020) |
| 10/02/2020 |  | Arrest (Rule 5) of GARY BOWSER. (jbb) (Entered: 10/06/2020) |
| 10/02/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Joseph A. Dickson: Initial Appearance in Rule 5 Proceedings as to GARY BOWSER held on 10/2/2020. (Court Reporter/Recorder: Zoom) (jbb) (Entered: 10/06/2020) |
| 10/02/2020 | 3 | ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING as to GARY BOWSER. Signed by Magistrate Judge Joseph A. Dickson on 10/2/20. (jbb) (Entered: 10/06/2020) |
| 10/02/2020 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to GARY BOWSER - RAHUL KUMAR SHARMA for GARY BOWSER appointed. Signed by Magistrate Judge Joseph A. Dickson on 10/2/20. (jbb) (Entered: 10/06/2020) |
| 10/02/2020 | 6 | COMMITMENT TO ANOTHER DISTRICT as to GARY BOWSER. Defendant committed to Western District of Washington. Signed by Magistrate Judge Joseph A. Dickson on 10/2/20. (jbb) (Entered: 10/06/2020) |
| 10/02/2020 | 7 | WAIVER of Rule 5 Hearings by GARY BOWSER. (jbb) (Entered: 10/06/2020) |
| 10/02/2020 |  | Notice to Western District of Washington of a Rule 5 Initial Appearance as to GARY BOWSER. Your case number is: 20-CR-127 (RSL). You may obtain the original record by accessing CM/ECF through PACER [NJ Case Number: 2:20-MJ-8429-JAD]. *(If you require certified copies of any documents, please send a request to InterdistrictTransfer_NJD@njd.uscourts.gov)* (jbb) (Entered: 10/06/2020) |