JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-127RSL |
| Plaintiff, | |
| v. | INVOCATION OF RIGHTS |
| GARY BOWSER, | |
| Defendant. | |

    I, Gary Bowser, the defendant in the above-entitled case, accept Christopher Sanders as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation or examination by law enforcement.  This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation.  I also assert my right to remain silent.  I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

    DATED this 25th day of November, 2020.

s/ *Christopher M. Sanders*
signed on behalf of Gary Bowser, Defendant

INVOCATION OF RIGHTS
(*Gary Bowser*; CR20-127RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**