AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) |
|---|---|
| v. | ) |
| GARY BOWSER | ) Case No. CR20-127 RSL (3) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     GARY BOWSER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349; Count 2-5: Wire Fraud, 18 U.S.C. § 1343; Count 6: Conspiracy to Circumvent Technological Measures and to Traffic in Circumvention Devices, 18 U.S.C. § 371; Count 7-10: Trafficking in Circumvention Devices, 17 U.S.C. §1201(a)(2)(A) and §1204(a)(1), and 18 U.S.C. § 2; and Count 11: Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h)

Date:     08/20/2020                                                                          _____
                                                                                                                *Issuing officer's signature*

City and state:     Seattle, Washington                                    Mary Alice Theiler, United States Magistrate Judge
                                                                                                              *Printed name and title*

### Return

This warrant was received on *(date)*  05/20/2020 , and the person was arrested on *(date)*  10/2/2020
at *(city and state)*  Newark, NJ

Date:  11/24/2020                                                                         _____
                                                                                                              *Arresting officer's signature*

                                                                                                Rony Gilot  DUSM
                                                                                                              *Printed name and title*