|   |   |
|---|---|
| 1 | The Honorable Robert S. Lasnik |
| 2 | |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-127RSL |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |
| (1) MAX LOUARN,<br>     aka "MAXiMiLiEN,"<br>     aka "Julien Ambroise,"<br>(2) YUANNING CHEN,<br>     aka "Yuan Ning Chen"<br>     aka "Velison Chen"<br>     aka "100+1"<br>     aka "Jingui Chen,"<br>(3) GARY BOWSER,<br>     aka "GaryOPA,"<br>                    Defendants. | |

The United States of America, by and through Brian C. Rabbitt, Acting Assistant Attorney General of the Criminal Division, United States Department of Justice, and Frank Lin, Senior Counsel for said Division, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

Notice of Appearance – 1
U.S. v. Louarn, et al., CR20-127RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Senior Counsel Frank Lin is now co-counsel on behalf of the United States and
2  respectfully requests that all pleadings, court documents, and correspondence be sent to
3  the attention of the undersigned at the address noted below:

    FRANK LIN
    United States Department of Justice
    1301 New York Ave., NW Suite 600
    Washington, District of Columbia 20005

DATED this 2nd day of December, 2020.

Respectfully submitted,

BRIAN C. RABBITT
Acting Assistant Attorney General


 /s/ Frank Lin
FRANK LIN
Senior Counsel
Criminal Division
United States Department of Justice
1301 New York Ave., NW Suite 600
Washington, District of Columbia 20005
Phone:  202-305-9266
E-mail:  Frank.Lin@USDOJ.GOV

Notice of Appearance – 2
U.S. v. Louarn, et al., CR20-127RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970