UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

GARY BOWSER,

                Defendant.

Case No. CR20-127 RSL

DETENTION ORDER

Offenses charged:

    Count 1:    Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349

    Count 2-5:    Wire Fraud in violation of 18 U.S.C. § 1343

    Count 6:    Conspiracy to Circumvent Technological Measures to Traffic in Circumvention Devices in violation of 18 U.S.C. § 371

    Count 7-10:    Trafficking in Circumvention Devices in violation of 17 U.S.C. §§ 1201(a)(2)(A) and 1204(a)(1)

    Count 11:    Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h)

Date of Detention Hearing: On December 3, 2020, the Court held a hearing via a Zoom videoconference, with the consent of Defendant, due to the exigent circumstances as outlined in General Order 15-20. This detention order is without prejudice to renewing once the court has

DETENTION ORDER - 1

reconstituted in-person hearings.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, and based upon the factual findings and statement of reasons for detention stated on the record, finds:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant stipulated to detention without prejudice to reopening the detention hearing at a later date.

2. Defendant was not interviewed so the Court does not have information as to his residence, family ties, personal history, or employment.

3. Defendant poses a risk of nonappearance due to his lack of ties to this district, ties to Canada and the Dominican Republic, ownership of a Canadian passport, history of international travel, unstable living situation, and an uncorroborated personal history.

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of December, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3