JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR20-127RSL |
| Plaintiff, | ) ) ) | WAIVER OF SPEEDY TRIAL |
| vs. | ) ) | |
| GARY BOWSER, | ) ) | |
| Defendant. | ) ) | |

I am the defendant in the above-entitled case. I have been advised by my attorney of my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. I knowingly and voluntarily waive my right to a speedy trial and consent to a continuance of the date of my trial from February 1, 2021, to any date up to and including August 9, 2021. I understand that if this request is granted, the Court will make findings that the time between February 1, 2021, and the new trial date is excludable for purposes of calculating the time limitations applicable to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

Because of the COVID-19 pandemic, Mr. Bowser could not sign the waiver. Counsel spoke to Mr. Bowser and he has given his permission for counsel to

WAIVER OF SPEEDY TRIAL   - 1
(*Gary Bowser;* CR20-127RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

sign the waiver on his behalf after undersigned counsel reviewed the document with him in its entirety.

Dated this 11th day of January, 2021.

s/ *Christopher M. Sanders*<br>
signed on behalf of Gary Bowser, Defendant

WAIVER OF SPEEDY TRIAL    - 2
(*Gary Bowser;* CR20-127RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**