|   |   |
|---|---|
| | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>(1) MAX LOUARN,<br>　　aka "MAXiMiLiEN"<br>　　aka "Julien Ambroise"<br><br>(2) YUANNING CHEN,<br>　　aka "Yuan Ning Chen"<br>　　aka "Velison Chen"<br>　　aka "100+1"<br>　　aka "Jingui Chen,"<br><br>(3) GARY BROWSER,<br>　　aka "GaryOPA,"<br>　　　　　　　Defendants. | NO. CR20-127RSL<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

　　The United States of America, by and through Nicholas L. McQuaid, Acting Assistant Attorney General of the Criminal Division, United States Department of Justice, and Lindsay Baxter, Counsel for said Division, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

Notice of Appearance – 1
U.S. v. Louarn, et al., CR20-127RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Trial Attorney Lindsay Baxter is now co-counsel on behalf of the United States
2 and respectfully requests that all pleadings, court documents, and correspondence be sent
3 to the attention of the undersigned at the address noted below:

        LINDSAY BAXTER
        United States Department of Justice
        1301 New York Ave., NW
        Washington, District of Columbia 20530

DATED this 16th day of June, 2021.

        Respectfully submitted,

        NICHOLAS L. McQUAID
        Acting Assistant Attorney General

        */s/ Lindsay Baxter*
        LINDSAY BAXTER
        Trial Attorney, Computer Crime and Intellectual Property Section
        Criminal Division
        United States Department of Justice
        1301 New York Ave., NW
        Washington, District of Columbia 20530
        Phone:  (202) 924-8697
        E-mail:  Lindsay.Baxter@usdoj.gov

Notice of Appearance – 2
U.S. v. Louarn, et al., CR20-127RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970