JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARY BOWSER, <br><br> Defendant. | No. CR20-127RSL <br><br> ORDER GRANTING SECOND UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE <br><br> (PROPOSED) |

THE COURT has considered Defendant's unopposed motion to continue the trial date and pretrial motions deadline, in addition to this Court's General Orders addressing measures to reduce the spread and health risks from COVID-19, in particular General Order 04-21, dated March 19, 2021, which is incorporated herein by reference, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in a case such as this one which involves voluminous discovery in a technologically complex case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) additional time is necessary; and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*Gary Bowser*; CR20-127RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in a trial within the current speedy trial deadline.18 U.S.C. § 3161(h)(7)(A); and

IT IS THEREFORE ORDERED that this motion to continue the trial date and pretrial motions deadline is granted. Mr. Bowser's new trial date will be set on November 15, 2021 and with motions due by October 7, 2021.

DONE this ___ day of June, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher M. Sanders*
Assistant Federal Public Defender
Attorney for Gary Bowser

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*Gary Bowser*; CR20-127RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100