JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-127RSL |
| Plaintiff, ) | |
| v. ) | NOTICE OF APPEARANCE |
| GARY BOWSER, ) | OF COUNSEL |
| Defendant. ) | |

NOTICE IS GIVEN that Michael Filipovic appears as counsel for Gary Bowser. It is requested that notice of all filings be served upon the undersigned.

DATED this 24th day of June, 2021.

Respectfully submitted,

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Gary Bowser
Office of the Federal Public Defender

NOTICE OF APPEARANCE
(*Gary Bowser*; CR20-127RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100