JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-127RSL |
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| vs. | |
| GARY BOWSER, | |
| Defendant. | |

Defendant, Gary Bowser, by his attorneys, Federal Public Defender Michael Filipovic and Assistant Federal Public Defender Christopher M. Sanders, respectfully requests that this Court continue the currently set pretrial motions deadline of October 7, 2021, to October 21, 2021. The parties' request is based on the complexity of the case. The additional time will also allow the parties to further negotiate a potential settlement. Assistant United States Attorneys Francis Franze-Nakamura, Brian Werner, and Frank Lin do not object to this motion.

DATED this 7th day of October, 2021.

Respectfully submitted,

s/ *Michael Filipovic*
s/ *Christopher M. Sanders*
Attorneys for Gary Bowser
Office of the Federal Public Defender

UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE   - 1
(*Gary Bowser*; CR20-127RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**