JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-127RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| v. | |
| GARY BOWSER, | |
| Defendant. | |

THE COURT has considered Defendant's unopposed motion to continue the pretrial motions deadline and the records and files in the case.

It is now ORDERED that the currently scheduled pretrial motions deadline is extended to October 21, 2021.

DONE this 12th day of October, 2021.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
s/ *Christopher M. Sanders*
Attorneys for Gary Bowser

ORDER TO CONTINUE PRETRIAL
MOTIONS DUE DATE
(*Gary Bowser*; CR20-127RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100