Magistrate Judge Brian A. Tsuchida

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 28 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY BOWSER,

    Defendant.

NO. CR20-127 RSL

CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea

//
//
//

Consent to Rule 11 Plea - 1
U.S. v. Gary Bowser/CR20-127 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this __28th__ day of October, 2021.

_____
GARY BOWSER
Defendant

_____
MICHAEL FILIPOVIC
CHRISTOPHER SANDERS
Attorneys for Defendant

APPROVED:

*s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
BRIAN WERNER
Assistant United States Attorneys

*s/ Anand B. Patel*
ANAND B. PATEL
DOJ Trial Attorney, Computer Crime and Intellectual Property Section

Consent to Rule 11 Plea - 2
U.S. v. Gary Bowser/CR20-127 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970