THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-127-RSL |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING MOTION TO SEAL EXHIBITS TO DEFENDANT'S SENTENCING MEMORANDUM |
| GARY BOWSER, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Gary Bowser to file under seal Exhibits 5, 6, and 7 to Defendant's Sentencing Memorandum. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 5, 6, and 7 to Defendant's Sentencing Memorandum be filed under seal.

DATED this ____ day of February 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Gary Bowser

ORDER TO SEAL EXHIBITS TO DEFENDANT'S
SENTENCING MEMORANDUM
(*United States v. Bowser*, CR20-127-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100