

Exhibit 1, p. 1





**Exhibit 1, p. 3**



**Exhibit 1, p. 4**